# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:

AMILCAR NORAT COLLAZO

               Debtor(s)

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

CASE NO.    17-06014 EAG

CHAPTER    13

## MOTION REQUESTING WAIVER

TO THE HONORABLE COURT:

NOW COMES the debtor herein, AMILCAR NORAT COLLAZO, by his undersigned attorney who very respectfully ALLEGES AND PRAYS:

1.    Debtor is requested to file domestic support obligation statement including name of mother (s) entitled to receive child support, address and telephone number.

2.    Debtor has no communication with one of his child's mother (Norma Miranda Rivera) nor child. Debtor failed to provide the address and telephone number due to lack of information.

3.    Debtor did provide the ASUME's statement reflecting a debt, which is being considered in the proposed Chapter 13 Payment Plan. He is unable to comply with bankruptcy's requirement due to lack of communication and knowledge of the address and telephone number.

4.    Debtor respectfully requests that the requirement to file the information regarding the mother who receives child support obligation be waived.

WHEREFORE debtor respectfully requests from this Honorable Court to consider the allegations stated above, debtor's obligation to provide information regarding the person who receives child support payments on behalf of debtor's child be waived and all other remedies that are just and proper be granted for the continuation of the proceedings.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank.P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein,shall serve and file and objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. In no objection or other response is filed within the time allowed herein, the paper will be deemed herein, the papaer will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Jose R. Carrion; US Trustee and to all creditors registered to said system. On this date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 9th day of January, 2018.

MODESTO BIGAS LAW OFFICE
Attorneys for Debtor
P.O. Box 7462
Ponce, P.R. 00732-7462
Tel. 844-1444; Fax 842-4090

/s/ Alexandra Bigas Valedon
ALEXANDRA BIGAS VALEDON
U.S.D.C. NO. 220109
alexandra.bigas@gmail.com

17-140...

Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 08/25/2017 **Date of last filing:** 01/07/2018

# Creditors

**ALEXANDRA BIGAS VALEDON**
P O BOX 7462
PONCE PR 00732
(4513595)
(cr)

**ALL INTERIOR INC**
P O BOX 10518
SAN JUAN PR 00922
(4513596)
(cr)

**AMILCAR A. NORAT MIRANDA**
PALMA REAL SAGRADO CORAZON APT. 611
PONCE PR 00716
(4513597)
(cr)

**AMILCAR NORAT COLLAZO**
35 CALLE JUAN C BORBON
SUITE 65 APARTADO 136
GUAYNABO PR 00969
(4513594)
(cr)

**ARMANDO TROCHE**
APARTADO 2188
COAMO PR 00769
(4513598)
(cr)

**ASUME-GISELA COLON SANTIAGO**
PO BOX 71316 SAN JUAN PR 00936-8416
(4520171)
(cr)

**ASUME-NORMA MIRANDA RIVERA**
PO BOX 71316 SAN JUAN PR 00936-8416
(4520168)
(cr)

**AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO**
P O BOX 70101
SAN JUAN PR 00936
(4513599)
(cr)

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
SAN JUAN PR 00936-3508
(4513600)
(cr)

**CONCRETE TECK**
P O BOX 370
BARRANQUITA PR 00794
(4513601)
(cr)

**DEPT. DE TRANSPORTACION Y OBRAS PUBLICAS**
P O BOX 7266
PONCE PR 00732
(4513602)
(cr)

**FIRST PREMIER BANK**
P O BOX 5529
SIOUX FALLS SD 57117
(4513603)
(cr)

**GISELA COLON**
(4513604)

P O BOX 1625
COAMO PR 00769

(cr)

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud Mn 56302-9617

(4539915)
(cr)

**LIBERTY**
P O BOX 192296
SAN JUAN PR 00919

(4513605)
(cr)

**MARBLE SHOP**
35 CALLE JUAN C BORBON SUITE 297
GUAYNABO PR 00969

(4513606)
(cr)

**MARINA PDR OPERATIONS, LLC**
4900 CARR. NO. 3
FAJARDO PR 00738-4067

(4513607)
(cr)

**MEILI DENG**
URB SAN FRANCISCO 137
SAN JUAN PR 00922

(4513608)
(cr)

**PR TELEPHONE**
P O BOX 71401
SAN JUAN PR 00936

(4513609)
(cr)

**Premier Bankcard, Llc**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

(4525912)
(cr)

**RICHARD A. VITO**
URB. SANTA ISIDRA III WASH N POST PMB 13
FAJARDO PR 00738

(4513610)
(cr)

**VENTOR CORP**
P O BOX 2727
CAROLINA PR 00984

(4513611)
(cr)

**YAHAIRA ORTIZ RODRIGUEZ**
URB. LA PANICIE 4 CALLE 2
CAYEY PR 00736

(4513612)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/09/2018 10:43:49 | | | |
| **PACER Login:** | mbigasme3731:2510751:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 17-06014-BKT13 Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |